# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | ) |
| Harris, Brett K and | ) **Case No: 12-41439 JDP** |
| Harris, Teresa Lynne | ) |
| | ) **Chapter 7** |
| Debtor(s). | ) |
| | ) |

## ORDER ALLOWING TRUSTEE'S FINAL REPORT
## AND DIRECTING DISTRIBUTION

The Trustee having filed a Final Report and an Application for Compensation and Reimbursement of Expenses, and notice thereof having been given to all creditors, objection was filed (docket #210) and the objection was resolved at hearing on June 15, 2016,

IT IS ORDERED that the Final Report of the Trustee is APPROVED.

IT IS FURTHER ORDERED that compensation to the trustee for services rendered and reimbursement to the trustee for expenses incurred are allowed as follows:

|  | COMPENSATION | EXPENSES |
|---|---|---|
| R. SAM HOPKINS | $11,322.90 | $574.81 |

IT IS FURTHER ORDERED that the Trustee disburse the funds remaining in the estate as provided in the Final Report.

//end of text//

Dated: June 15, 2016

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Order submitted by R. SAM HOPKINS, Chapter 7 Trustee